United States District Court
Middle District of Florida
Jacksonville Division

**SCHEDALE WOODS,**

***Plaintiff,***

**v.** **NO. 3:26-cv-2418-JEP-PDB**

**CITIZENS PROPERTY INSURANCE CORP.,**

***Defendant.***

---

# Order

Through an unsigned state-court form, the plaintiff applies to proceed without prepaying fees or costs. Doc. 2.

The fees for opening a civil case are $405. *See* Middle District of Florida Schedule of Fees, www.flmd.uscourts.gov/fees-table (last visited Oct. 16, 2026). A court may authorize a plaintiff to initiate a lawsuit without prepayment of fees if she submits an affidavit showing that she is unable to pay them. 28 U.S.C. § 1915(a)(1); *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1306–07 (11th Cir. 2004). When a court considers an application, the only issue is whether the statements in the financial affidavit satisfy the requirement of poverty. *Martinez*, 364 F.3d at 1307. While a litigant need not show she is "absolutely destitute," she must show an inability "to pay for the court fees and costs, and to support and provide necessities for [her]self." *Id.*

"Every pleading, written motion, and other paper must be signed … by a party personally if the party is unrepresented. … The court must strike an

unsigned paper unless the omission is promptly corrected after being called to the … party's attention." Fed. R. Civ. P. 11(a).

By **November 6, 2026**, the plaintiff must pay the $405 filing fee or file a signed application to proceed without prepaying fees or costs using the form attached to this order. Failure to timely comply with this order may result in a recommendation of dismissal without prejudice.

**Ordered** in Jacksonville, Florida, on October 16, 2026.

Patricia D. Barksdale
*United States Magistrate Judge*

Attachment:
AO 239 form

Copy to:
Schedale Woods
9057 Fallsmill Drive
Jacksonville, FL 32244